IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHONTE WATKINS,<br>          Plaintiff,<br><br>     v.<br><br>VISION ACADEMY CHARTER SCHOOL,<br>          Defendant. | CIVIL ACTION<br><br><br><br>NO.  20-656 |

**ORDER**

AND NOW, this  23rd  day of July, 2020, upon consideration of Defendant Vision Academy Charter School's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and to Compel Mediation and Arbitration (Doc. No. 6) and Plaintiff's Memorandum of Law in Opposition (Doc. No. 7), it is hereby ORDERED that:

1. Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) and to Compel Mediation and Arbitration is DENIED without prejudice;

2. The parties shall engage in limited discovery on issues relating to the arbitrability of Plaintiff's claims, specifically the estimated costs and fees associated with their specific mediation and arbitration, including Defendant's attorneys' fees, as well as Plaintiff's capability of paying them.  All discovery shall be completed on or before August 28, 2020.

3. Defendant may file a renewed Motion to Compel Mediation and Arbitration on or before September 15, 2020.  Plaintiff shall respond on or before September 30, 2020.

                                BY THE COURT:

                                s/ J. Curtis Joyner

                                _____
                                J. CURTIS JOYNER,       J.